HONORABLE MICHAEL J. MCSHANE

Caryn Geraghty Jorgensen, OSB No. 102500
John T. Fetters, OSB No. 141971
Samantha K. Pitsch, OSB No. 230755
caryn.jorgensen@stokeslaw.com
john.fetters@stokeslaw.com
samantha.pitsch@stokeslaw.com
STOKES LAWRENCE, P.S.
1420 Fifth Avenue, Suite 3000
Seattle, WA 98101
Telephone: (206) 626-6000

Attorneys for Defendant LifePort, LLC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
EUGENE DIVISION

| | |
|---|---|
| JASON HALSEY, et al,<br><br>Plaintiffs,<br>v.<br><br>AIRBUS HELICOPTERS S.A.S., et al,<br><br>Defendants. | Case No.: 6:24-cv-00649-MC<br><br>ORDER GRANTING FRCP 41 STIPULATED MOTION FOR DISMISSAL OF DEFENDANT LIFEPORT LLC |

THIS MATTER having come before the Court on the FRCP 41 Stipulated Motion For Dismissal of Defendant LifePort LLC and the Court having been fully advised NOW THEREFORE IT IS HEREBY ORDERED that Defendant LifePort LLC be voluntarily dismissed from all claims WITHOUT PREJUDICE. Each party to bear their own fees and costs.

DATED this 14th day of February, 2025.

s/Michael J. McShane
HONORABLE MICHAEL J. MCSHANE

Presented by:

KRUTCH LINDELL BINGHAM JONES, P.S.

By: *s/Matthew Clarke (E-mail Authority)*
Matthew Clarke, OSB No. 022758
James T. Anderson, OSB No. 152404
5 Centerpointe Drive Suite 400
Lake Oswego, OR 97035
(503) 210-1987
mkc@krutchlindell.com
jta@krutchlindell.com

*Attorneys for Plaintiffs*

STOKES LAWRENCE, P.S.

By: */s/Samantha Pitsch*
Caryn Geraghty Jorgensen, OSB No. 102500
John T. Fetters, OSB No. 141971
Samantha K. Pitsch, OSB No. 230755
1420 Fifth Avenue - Suite 3000
Seattle, WA 98101
(206) 626-6000
caryn.Jorgensen@stokeslaw.com
john.fetters@stokeslaw.com
samantha.pitsch@stokeslaw.com

*Attorneys for Defendant LifePort, LLC*

ORDER GRANTING FRCP 41 STIPULATED MOTION FOR DISMISSAL OF DEFENDANT LIFEPORT LLC - 2

**STOKES LAWRENCE, P.S.**
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000